ANNE E. LOPEZ                  7609
Attorney General of Hawaii

NATHAN S.C. CHEE               6368
CYNTHIA M. JOHIRO              5445
LANE K. OPULAUOHO              11069
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1470
Email: Nathan.S.Chee@hawaii.gov
       Cynthia.M.Johiro@hawaii.gov
       Kaiwi.Opulauoho@hawaii.gov

Attorneys for Defendants
STATE OF HAWAII, STATE OF HAWAII,
DEPARTMENT OF TAXATION, ISAAC CHOY,
GARY SUGANUMA, TRICIA OFTANA,
EDWARD MENDIGUZO JR., DENISE CORDEIRO,
CANDACE ITO, JOSH GREEN, and SYLVIA LUKE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Jeffrey-Steven of the House of Jarrett, as united States of America in rem, et al, One of We the People, Petitioner, Sui Juri Propria Persona, a living soul, created by God, a self-governed man, an ambassador of Christ, Alive in Libertas, having taken dominion over Juris of the Land, Air, Water, this LAW, and as for We the People, Occupying the Office of the Executor,<br><br>Plaintiff, | CV 24-00445-MWJS-KJM<br><br>DECLARATION OF DENISE CORDEIRO IN SUPPORT OF DEFENDANTS STATE OF HAWAII, STATE OF HAWAII, DEPARTMENT OF TAXATION, ISAAC CHOY, GARY SUGANUMA, TRICIA OFTANA, EDWARD MENDIGUZO JR., DENISE CORDERO [SIC], CANDICE [SIC] ITO, JOSH GREEN, AND SYLVIA LUKE'S |

|  |  |
|---|---|
| vs.<br><br>STATE OF HAWAII, STATE OF HAWAII DEPARTMENT OF TAXATION, Isaac Choy, Gary Suganuma, Tricia Oftana, Edward Mendiguzo, Jr., Denise Cordero, Candice Ito, Josh Green, Sylvia Luke, and Does a thru z-999,<br><br>Defendants. | REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS COMPLAINT, FILED NOVEMBER 19, 2024 |

920490_1

## DECLARATION OF DENISE CORDEIRO IN SUPPORT OF DEFENDANTS STATE OF HAWAII, STATE OF HAWAII, DEPARTMENT OF TAXATION, ISAAC CHOY, GARY SUGANUMA, TRICIA OFTANA, EDWARD MENDIGUZO JR., DENISE CORDERO [SIC], CANDICE [SIC] ITO, JOSH GREEN, AND SYLVIA LUKE'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS COMPLAINT, FILED NOVEMBER 19, 2024

1.   I am a Delinquent Tax Collection Assistant III, Collection Division, for the Second Taxation District (Maui), Department of Taxation, State of Hawaii (the "Department"). As such, I am authorized and empowered to compute and collect all general excise, income, and other tax liabilities due the State of Hawaii, to file tax liens upon property and rights to property belonging to any person liable to pay tax, to monitor payment of taxpayers such as JARRETT CONSTRUCTION LLC (the "LLC") and JEFFREY JARRETT's (collectively, the "Taxpayers") outstanding tax liabilities and to enforce such claims, liens, and other rights of the State of Hawaii in respect thereof.

2.  As part of my duties, I have authority to review and monitor the above-captioned case to determine whether the Taxpayers have fulfilled their obligations to timely file all appropriate tax returns and to pay any tax liabilities thereon.

3.  I have reviewed the records of the Department relating to the Taxpayers and am competent to testify as to the matters stated herein.

4.  The last known address for Taxpayers on file with the Department is: PO Box 623, Kula, HI 96790-0623. Department mailings that have been sent to Taxpayers have been delivered to said post office box.

5.  Attached hereto as **Exhibit 1** is a true and accurate copy of the Notice of Final Assessment of General Excise And/Or Use Tax, addressed to Jarrett Construction LLC, dated March 24, 2023.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: Wailuku, Hawaii, December 3, 2024.

_____
DENISE CORDEIRO